FILED
CLERK, U.S. DISTRICT COURT
9/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

1  BILAL A. ESSAYLI
   Acting United States Attorney
2  JOSEPH T. MCNALLY
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   NEIL P. THAKOR (Cal. Bar No. 308743)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6595
7       E-mail:    neil.thakor@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:25-cr-00780-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF NEIL P. THAKOR |
| v. | |
| CYNTHIA RAYGOZA, aka "Cynthia Curiel Curiel," ASHLEIGH BROWN, aka "ice_out_ofla," aka "corn_maiden_design," and SANDRA CARMONA SAMANE, aka "Sandra Karmona," aka "Sandra Carolina Carmona Samame," aka "Sandra Carmona Samame," | (UNDER SEAL) |
| Defendant. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Neil P. Thakor.

Dated: September 22, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Nthakor*

NEIL P. THAKOR
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>**DECLARATION OF NEIL P. THAKOR**</u>

I, Neil P. Thakor, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Cynthia Raygoza, et al.</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on September 23, 2025.

2. Defendant RYAGOZA has not been taken into custody on the charges contained in the indictment and has not been informed that she is being named as a defendant in the indictment to be presented to the grand jury on September 23, 2025. The likelihood of apprehending defendant RAYGOZA might be jeopardized if the indictment in this case were made publicly available before defendant RAYGOZA is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 22, 2025.

*/s/ Nthakor*

NEIL P. THAKOR

1