TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8231
     Facsimile: (213) 894-0141
     E-mail:    lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00780-SVW |
|---|---|
| Plaintiff, | REQUEST TO DISMISS WITHOUT PREJUDICE COUNT TWO OF THE INDICTMENT AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| CYNTHIA RAYGOZA,<br>  aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>  aka "ice_out_ofla,"<br>  aka "corn_maiden_design," and<br>SANDRA CARMONA SAMANE,<br>  aka "Sandra Karmona,"<br>  aka "Sandra Carolina Carmona Samame,"<br>  aka "Sandra Carmona Samame," | |
| Defendants. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lauren E. Border, hereby moves to dismiss without prejudice count two of the indictment

(dkt. 22) in the above-captioned case against defendants CYNTHIA RAYGOZA, ASHLEIGH BROWN, and SANDRA CARMONA SAMANE ("defendants"), charging defendants with Publicly Disclosing the Personal Information of a Federal Agent, in violation of 18 U.S.C. § 119(a), 18 U.S.C. § 2(a).

The United States moves to dismiss count two of the indictment without prejudice against all defendants in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion. Defendant SAMANE does not oppose dismissal, whereas defendants RAYGOZA and BROWN do not stipulate to dismissal.

Dated: January 12, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
LAUREN E. BORDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA