# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00780-SVW |
| Date | February 24, 2026 |
| Present: The Honorable | STEPHEN V. WILSON |
| Interpreter | n/a |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Daniel Tamayo | c/s 2-24-2026 | Lauren E. Border & Clifford Mpare |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Cynthia Raygoza | X | | X | 1) Gregory Nicolaysen CJA | X | X | |
| 2) Ashleigh Brown | X | | X | 2) Erica Choi DFPD | X | X | |
| | | | | 2) Shannon M. Coit DFPD | X | X | |
| 3) Sandra Carmona Samane | X | X | | 3) Robert M. Bernstein CJA | X | X | |

____ Day COURT TRIAL     1st Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial;   X Begun (1st day);   X Held & continued;   ____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by Plaintiff and Defendants 1, 2, 3

X  Witnesses called, sworn and testified.

X  Exhibits identified       X  Exhibits admitted

____ Government rests.    ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

X  Case continued to February 2/25/2026 at 9:00 AM for further trial/further jury deliberation.

____ Other:

4 : 20

Initials of Deputy Clerk  DTA

X USM  X USPPO