# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00780-SVW |
| Date | February 27, 2026 |
| Present: The Honorable | STEPHEN V. WILSON |
| Interpreter | n/a |

| Daniel Tamayo | c/s 2-27-2026 | Lauren E. Border & Clifford Mpare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Cynthia Raygoza | X | ☐ | X | 1) Gregory Nicolaysen CJA | X | X | ☐ |
| 2) Ashleigh Brown | X | ☐ | X | 2) Erica Choi DFPD | X | X | ☐ |
|  |  |  |  | 2) Shannon M. Coit DFPD | X | X | ☐ |
| 3) Sandra Carmona Samane | X | X | ☐ | 3) Robert M. Bernstein CJA | X | X | ☐ |

_____ Day COURT TRIAL        4th Day JURY TRIAL         _____ Death Penalty Phase

_____ One day trial;    _____ Begun (1st day);    _____ Held & continued;    X Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified        _____ Exhibits admitted

_____ Government rests.        Defendant(s) _____ rest.

X Motion for mistrial by 1 & 3 _____ is _____ granted  X denied  _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    X Jury resumes deliberations

X Finding by Court as follows:

Dft # 1  X found guilty on counts 2        X found not guilty on counts 1
Dft # 2  X found guilty on counts 2        X found not guilty on counts 1
Dft # 3  _ found guilty on counts _        X found not guilty on counts 1 & 2
Dft # _  _ found guilty on counts _        _ found not guilty on counts _
Dft # _  _ found guilty on counts _        _ found not guilty on counts _

X Jury polled        _____ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    _____ Filed Jury Verdict

X Dft # 1,2 Referred to Probation Office for Investigation & Report and continued to June 8, 2026, at 11:00 AM for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    X Dft # 3 released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:                                                                    1 : 00

Initials of Deputy Clerk  DTA

X USM  X USPPO