UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
2/27/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>1) Cynthia Raygoza )<br>2) Ashleigh Brown )<br>3) Sandra Carmona Samane )<br>)<br>)<br>Defendant(s). ) | CASE NO.: 2:25-cr-00780-SVW<br><br>JURY NOTE #: 1<br><br>TIME: 9:05 |

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☒ The jury requests the following:

ADDITIONAL COPIES OF DEFINITIONS OF COUNTS AND CHARGES, DOCUMENT 103 PAGE 1-6 PAGE ID # 624-629. ADDITIONAL COPIES OF CLOSING JURY INSTRUCTIONS.

Dated: 2-27-26